**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

EDDIE SWINSON,

        Plaintiff,

vs.                                     Case No. 3:05-cv-1133-J-32MCR

JO ANNE B. BARNHART, Commissioner
of the Social Security Administration,

        Defendant.

---

**ORDER**[1]

This case is before the Court on Plaintiff's appeal of an administrative decision denying his application for disability, disability insurance benefits and for supplemental security income under the Social Security Act (Doc. 1). The parties filed briefs and the administrative record and, upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 22) recommending that the Commissioner's decision be reversed and that the case be remanded for further proceedings. The Commissioner did not file any objections to the Report and Recommendation and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 22), it is hereby

---

[1]Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

**ORDERED**:

1.      The Report and Recommendation (Doc. 22) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2.      Pursuant to sentence four of 42 U.S.C §§ 405(g) and 1383(c)(3), this case is hereby **REVERSED** and **REMANDED** to the Commissioner of Social Security for reevaluation of plaintiff's claim.  Upon remand, the ALJ shall reevaluate plaintiff's complaints of pain and other limitations, and shall reconsider Dr. Florete's February 24, 2003 statement as appropriate.

3.      The Commissioner is further directed to take such other action as may be necessary to properly resolve this claim.

4.      Counsel for the Commissioner is directed to ensure that the ALJ receives a copy of the Magistrate Judge's Report and Recommendation (Doc. 22).

5.      The Clerk is hereby directed to enter judgment accordingly and to **close** the file.

**DONE AND ORDERED** at Jacksonville, Florida this 27th day of November, 2006.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

counsel of record